IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02152-ZLW

TERRANCE C. HENDRIX,
    Applicant,

v.

GRAYSON ROBINSON, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,
    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 2 0 2006

GREGORY C. LANGHAM
CLERK

## ORDER DENYING MOTION TO RECONSIDER

Applicant Terrance C. Hendrix has filed *pro se* on December 14, 2006, a letter to the Court in which he asks the Court to reconsider and vacate the Court's Order and Judgment of Dismissal filed in this action on December 7, 2006. The Court must construe the letter liberally because Mr. Hendrix is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the letter will be construed liberally as a motion to reconsider. For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). Mr. Hendrix filed the motion to reconsider within ten days after the Order and Judgment of Dismissal. Therefore, the Court will consider the motion to reconsider pursuant to Rule 59(e). *See Van Skiver*, 952 F.2d at 1243.

The Court dismissed the instant action without prejudice because Mr. Hendrix failed to cure the deficiencies. More specifically, Mr. Hendrix failed to submit a certificate from his custodian stating the amount of money currently on deposit in his inmate account in support of his motion seeking leave to proceed *in forma pauperis*. Mr. Hendrix alleges in the motion to reconsider that the Court never advised him that he must submit such a certificate in support of the *in forma pauperis* motion. Mr. Hendrix also attaches to the motion to reconsider a certified copy of his inmate trust fund account statement dated October 3, 2006.

Mr. Hendrix's belated efforts to cure the deficiencies in this action do not justify a decision to vacate the order of dismissal. Furthermore, the form *in forma pauperis* motion that Mr. Hendrix completed and filed in this action specifically states that a certificate from his custodian as to the amount of money currently on deposit in Mr. Hendrix's account must be attached to the *in forma pauperis* motion. Therefore, the motion to reconsider will be denied. Mr. Hendrix is reminded that, because the Court dismissed the instant action without prejudice, he may pursue his claims by filing a new action if he chooses. Accordingly, it is

ORDERED that the motion to reconsider filed on December 14, 2006, is denied.

DATED at Denver, Colorado, this 19 day of Dec., 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02152-BNB

Terrance C. Hendrix
Prisoner No. 16949
Arapahoe County Detention Facilities
P.O. Box 4918
Englewood, CO 80155

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12/20/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk